# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 01-2559

———————

| | | |
|---|---|---|
| Peter Grzeskowiak, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the District |
| Keith Mills, Parole Officer, | * | of Minnesota. |
| | * | |
| Appellee. | * | [UNPUBLISHED] |

———————

Submitted:  December 7, 2001

Filed:  December 26, 2001

———————

Before McMILLIAN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

———————

PER CURIAM.

Peter Grzeskowiak appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action, in which he sought to hold his parole officer liable for ignoring Mr. Grzeskowiak's requests to visit his mother. Upon our de novo review, we are satisfied that the district court's disposition was correct given Mr. Grzeskowiak's status as a parolee.

———————

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.